Ellen M. Boyle, Esq. - NJ ID No. 043211987
KIRMSER, LAMASTRA, CUNNINGHAM
& SKINNER
202A Hall's Mill Road
P O Box 1675
Whitehouse Station, New Jersey 08889-1675
(908) 572-3600
Attorneys for Defendant OPEX Corporation

| | |
|---|---|
| LES LEVINE<br><br>　　Plaintiff<br><br>　　　　v.<br><br>OPEX CORPORATION<br><br>　　Defendant | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY - CAMDEN<br>1:20-CV-06142-RMB-AMD<br><br>CIVIL ACTION<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

　　　　The matter in difference in the above-entitled action having been adjusted by and between the parties, it is hereby stipulated and agreed that the same be, and it is hereby, dismissed with prejudice and without costs as against Defendant OPEX Corporation.

| | |
|---|---|
| Kirmser, Lamastra, Cunningham & Skinner<br>Attorneys for Defendant OPEX<br><br>*Ellen M. Boyle* (signature)<br>By: _____<br>　　Ellen M. Boyle, Esq. | Karpf, Karpf & Cerutti, P.C.<br>Attorney for Plaintiff Les Levine<br><br>*W. Charles Sipio* (signature)<br>By: _____<br>　　W. Charles Sipio, Esq. |

Dated:  June 8, 2021